JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 10-4692-VBF(RCx)**                        Dated: **November 18, 2010**

Title:   Alice Smith -v- County of Los Angeles, et al.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

| Joseph Remigio | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                         None Present

**PROCEEDINGS (IN CHAMBERS):**   **COURT ORDER DISMISSING ACTION WITH PREJUDICE**

     On October 18, 2010, the court received the Notice of Settlement filed by the parties.  Dkt. 10.  On October 21, 2010, the Court set an OSC Re Dismissal In Light Of Settlement for December 6, 2010 at 8:30 a.m. ("OSC").  Dkt. 11.

     On November 17, 2010, Plaintiff Alice Smith filed a Request For Dismissal, requesting that the Court dismiss this entire action with prejudice.  Dkt. 12.

     In light of the Request, this matter is hereby DISMISSED in its entirety, with prejudice.  The OSC is discharged.  This matter is closed and all future dates are vacated.

MINUTES FORM 90                              Initials of Deputy Clerk    jre
CIVIL - GEN